| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vasquez, Juan F. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>04/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Tax Court
400 2nd St. N.W.
Washington, DC 20217

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner-JAME-A Joint Venture | One third owner of condo, Breckenridge, CO. |
| 2. | Board of Directors | Houston Business and Tax Law, University of Houston Law Center, Houston, Texas |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Houston Law Center, Adjunct Professor, Employee | $3,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (writer) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tax Alliance Conference | 6/4 - 6/6/2018 | Plano, Texas | Panelist | Reimbursed for transportation, meals and lodging. |
| 2. | American Bar Association (Judicial Division) | 8/1 - 8/5/2018 | Chicago, Illinois | Attended Conference | Reimbursed for transportation, meals and lodging. (partial) |
| 3. | American Bar Association (Tax Section) | 12/11 - 12/14/2018 | Las Vegas, Nevada | Panelist | Reimbursed for transportation, meals and lodging. |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vasquez, Juan F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condo-1/3 owner-Breckenridge CO. | E | Rent | | R | | | | | |
| 2. Morgan Stanley (formerly Dean Witter)-IRA | | | | | | | | | |
| 3. -Morgan Stanley U.S. Government Sec Tr D (USGDX) | A | Dividend | J | T | | | | | |
| 4. -Invesco Comstock Y (ACSDX) (formerly Van Kampsen Comstock A) | A | Dividend | J | T | | | | | |
| 5. -MSIF Capital Growth Inst. (MSEQX) | A | Dividend | J | T | | | | | |
| 6. -MSIF Tr Cap Growth Inst. (MPEGX) | A | Dividend | J | T | | | | | |
| 7. -MSIF Active Intl Allocatin A (MSACX) | A | Dividend | J | T | | | | | |
| 8. -Blackrock Low Dur Bd Inv Svc (BFMSX) (formerly CMGBX) | A | Dividend | J | T | | | | | |
| 9. -E V Income Fund of Boston A (EIBIX) | A | Dividend | J | T | | | | | |
| 10. -Western Asset Core Plus Bd Fi (WACPX) (formerly WACIX) | A | Dividend | J | T | | | | | |
| 11. -Invesco VK Small Cap Value Y (VSMIX) | A | Dividend | J | T | | | | | |
| 12. -Invesco Premier PTF Instl (IUGXX) (formerly IPPXX) | A | Dividend | J | T | | | | | |
| 13. Stanley Morgan (Dean Witter Trust Co)-IRA | | | | | | | | | |
| 14. -Morgan Stanley Technology Fund A (IFOAX) | A | Dividend | J | T | | | | | |
| 15. -Morgan Stanley Focus Growth Fund A (MSEGX) (formerly AMOAX) | A | Dividend | J | T | | | | | |
| 16. -Invesco Diverified Dividend A (LCEAX) | A | Dividend | J | T | | | | | |
| 17. Prudential Whole Life | A | Dividend | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vasquez, Juan F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Prudential Whole Life | A | Dividend | J | V | | | | | |
| 19. Insurance Trust-Prudential Variable Life | | | | | | | | | |
| 20. -Prudential Stock (common) | A | Dividend | J | T | | | | | |
| 21. -PSF Government Money Market | A | Interest | J | T | | | | | |
| 22. -AST Loomis Sayless LC Gro (formerly AST Marsico Capital Grth) | A | Dividend | J | T | | | | | |
| 23. -AST Hotchkis & Wiley LCV (formerly AST Large-Cap Value) | A | Dividend | J | T | | | | | |
| 24. -SP US Emerging Growth | A | Dividend | J | T | | | | | |
| 25. -PSF Value | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley MS Bank NA (formerly Liquid Asset Fund) | A | Interest | J | T | | | | | |
| 27. Prudential Stock (common) | B | Dividend | K | T | | | | | |
| 28. Prudential Stock (common) | A | Dividend | K | T | | | | | |
| 29. Prudential Variable Life | | | | | | | | | |
| 30. -PSF Government Money Market | A | Interest | J | T | | | | | |
| 31. -AST Loomis Sayless LC Gro (formerly AST Marsico Capital Grth) | A | Dividend | J | T | | | | | |
| 32. -SP US Emerging Growth | A | Dividend | J | T | | | | | |
| 33. -AST Hotchkis & Wiley LCV (formerly AST Large-Cap Value) | A | Dividend | J | T | | | | | |
| 34. -PSF Value | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vasquez, Juan F. | 04/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Prudential Whole Life | A | Dividend | J | V | | | | | |
| 36. Morgan Stanley 529 College Savings #1, Age Based-aggressive Risk | A | Dividend | K | T | | | | | |
| 37. Morgan Stanley 529 College Savings #2, Age Based-Moderate Risk | A | Dividend | J | T | | | | | |
| 38. Morgan Stanley 529 College Savings #3, Age Based-Moderate Risk | A | Dividend | J | T | | | | | |
| 39. Carnival Cruise Line (CCL) | A | Dividend | J | T | | | | | |
| 40. Morgan Stanley 529 College Savings #4, Age Based-Moderate Risk | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 41. Morgan Stanley 529 College Savings #5, Age Based-Moderate Risk | A | Dividend | J | T | Buy | 09/04/18 | J | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vasquez, Juan F. | 04/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENT & TRUSTS:

1. (M) (R) Method Cost: Date of purchase: 9/84, Amount: $63,333–1/3 owner.

17. (V) Other: Cash Surrender Value.

18. (V) Other: Cash Surrender Value.

19. (T) Cash Market and (V) Other: Cash Surrender Value.

25. (T) When I originally listed this Prudential Variable Life Insurance, I inadvertently omitted this fund--PSF Value. This fund for all years has been an "A" Income Code and "J" Value Code.

29. (V) Other: Cash Surrender Value.

34. (T) When I originally listed this Prudential Variable Life Insurance, I inadvertently omitted this fund--PSF Value. This fund for all years has been an "A" Income Code and "J" Value Code.

35. (V) Other: Cash Surrender Value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juan F. Vasquez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544